**Order entered July 26, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00585-CV

### WALTON & MARIE BROWN, Appellants

### V.

### POTTER CONCRETE RESIDENTIAL, LTD., ET AL., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-09065-A**

## ORDER

The Court has before it appellants' emergency unopposed second motion for extension to file appellants' opening brief. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief by July 30, 2013. No further extensions will be allowed absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE